USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MIKHAEL,

      Plaintiff,

-against-

MANHATTAN MEDICAL ASSOCIATES, LLC
PRIMIS BANK, and TRANS UNION, LLC,

      Defendant.

1:25-cv-03707-MKV

ORDER OF DISMISSAL AS AGAINST PRIMIS BANK

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of a letter informing the Court that the Plaintiff and one defendant, Primis Bank, have reached a settlement in principle. [ECF No. 14]. Accordingly, IT IS HEREBY ORDERED that the claims *against Primis Bank only* are dismissed without costs to any party and without prejudice to restoring them to this Court's calendar if the Plaintiff and Primis Bank are unable to memorialize their settlement in writing and as long as the application to restore the claims is made by August 18, 2025. If no such application is made by that date, today's dismissal of the claims against Primis Bank is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). Any pending deadlines related to the claims against Primis Bank only are accordingly adjourned *sine die.*

**SO ORDERED.**

**Date: July 17, 2025**
**New York, NY**

                **MARY KAY VYSKOCIL**
                **United States District Judge**